

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christopher Lee Vail, Appellant

No. 06-22-00139-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2028169). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment adjudicating guilt by changing the assessment under the heading "Reimbursement Fees" to $418.97, and we modify the clerk's certified bill of costs by changing the line item for "(RF) ATTORNEY CLAIMS" from $900.00 to $400.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Christopher Lee Vail, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk